1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2019

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: S:18-CR-75 JGB |
|        Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
|       v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| EDWIN BENAVIDES | ) | |
|       Defendant. | ) | |

     The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

     Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

      (✓) information in the Pretrial Services Report and Recommendation

      (✓) information in the violation petition and report(s)

      (✓) the defendant's nonobjection to detention at this time

      ( ) other: _____

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

(✓) information in the violation petition and report(s)

(✓) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5|9|19

         SHASHI H. KEWALRAMANI
         UNITED STATES MAGISTRATE JUDGE

2